NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000676
29-NOV-2012
08:42 AM**

NO. CAAP-12-0000676

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BARBARA ELLEN SHERRILL, Petitioner-Appellant v.
ESTATE OF THOMAS MICHAEL PICO, JR., Decedent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(PROBATE NO. 10-1-0254)

ORDER DENYING PETITIONER-APPELLANT'S
NOVEMBER 26, 2012 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the Motion for Reconsideration filed on November 26, 2012 by Petitioner-Appellant, Barbara Ellen Sherrill, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, November 29, 2012.

Chief Judge

Associate Judge

Associate Judge